# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**PRECIOUS PATRICIA CHARLERY,**

    **Plaintiff,**

**v.**                                                                           **Case No: 6:23-cv-2127-PRL**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____

## ORDER

    This consent case arising from a motor vehicle accident involving a mail delivery vehicle is before the Court upon periodic review. Except for the final pretrial conference and the bench trial, the dates previously established in the Second Amended Case Management and Scheduling Order (Doc. 32) are hereby confirmed and adopted. If this case remains as currently assigned, the parties and counsel should anticipate that the final pretrial conference will be conducted via Zoom teleconference and the bench trial will be held in Ocala. The dates and times of the final pretrial conference and bench trial will be scheduled by the Clerk pursuant to separate notice.

    **DONE** and **ORDERED** in Ocala, Florida on March 10, 2025.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

- 2 -

Division Manager

Case 6:23-cv-02127-UAM     Document 44     Filed 03/10/25     Page 2 of 2 PageID 173